**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 24-2036**

—————

BENEFICIARY TO ANGELA T. WILLIAMS,

Plaintiff - Appellant,

v.

HARMON BADGE 0156, CPL Seat Pleasant Police; CEDRIC HEYWARD, Asst Chief; MCDONALD'S TOW, Owner and Tow Driver; RUSHANE JONES, Supervisor-Prince Georges Tow Hearing Com,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:24-cv-01851-DLB)

—————

Submitted:  January 23, 2025                     Decided:  January 27, 2025

—————

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Angela T. Williams, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela T. Williams seeks to appeal the district court's order dismissing her civil action under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) as frivolous and for failure to state a claim on which relief may be granted. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on August 22, 2024, and the appeal period expired on September 23, 2024. Williams filed the notice of appeal on October 8, 2024. Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2